# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                    Crim. No. 2:05-CR-2-1BO

**HORACE MICHAEL BUNDY, SR.**

On October 29, 2013, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                /s/ Melissa K. Gonigam  
Dwayne K. Benfield                    Melissa K. Gonigam  
Supervising U.S. Probation Officer    U.S. Probation Officer  
                                      201 South Evans Street, Rm 214  
                                      Greenville, NC 27858-1137  
                                      Phone: (252) 830-2345  
                                      Executed On: April 12, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __April__, 2017.

Terrence W. Boyle  
U.S. District Judge